IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DELORES GANT                                                                                  PLAINTIFF

VERSUS                                    NO. 2:07-CV-02002-RTD

WYETH PHARMACEUTICALS, INC.,
ET AL.                                                                                                DEFENDANTS

ORDER STAYING PROCEEDINGS

This cause coming on to be heard upon Joint Motion to Stay Proceedings filed by the parties herein, and the Court being fully advised in the premises and being further advised that a settlement has been reached in this cause of action, hereby grants the parties' Motion to Stay Proceedings. (Doc. 24). It is, therefore,

ORDERED AND ADJUDGED that all deadlines pending in this cause of action as set forth in the Final Scheduling Order (Doc. 22) be and are hereby stayed until further Order of this Court pending finalization of the settlement process. It is further

ORDERED AND ADJUDGED that once the settlement process is completed that the parties are to take the appropriate steps to have this cause of action fully and finally dismissed.

SO ORDERED AND ADJUDGED on this, the 1st day of November, 2011.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE