```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

DELORES GANT                                              PLAINTIFF

    v.                     CASE NO. 07-2002

WYETH PHARMACEUTICALS, INC., ET AL                       DEFENDANTS

## ORDER

NOW on this 1st day of February, 2012, comes on for consideration the above-styled cause.

The Court having previously been advised that a settlement had been reached in this cause of action, granted the parties' Motion to Stay Proceedings, terminated pending deadlines, and directed the parties to take the appropriate steps to have this cause of action fully and finally dismissed once the settlement process was completed. The Court having since been advised that the settlement process is near completion hereby enters this order to administratively close this matter. It is, therefore,

ORDERED AND ADJUDGED that this matter be administratively closed and removed from the Court's docket. It is further

ORDERED AND ADJUDGED that once the settlement process is finalized that the parties are to take the appropriate steps to have this cause of action fully and finally dismissed.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement process has not been completed and that this matter should proceed to a jury trial.

IT IS SO ORDERED.

/S/ Robert T. Dawson<br>
Honorable Robert T. Dawson<br>
United States District Judge